IN THE SUPREME COURT OF NORTH CAROLINA

No. 401A17

Filed 11 May 2018

STATE OF NORTH CAROLINA

v.

RICHARD DUNSTON


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 806 S.E.2d 697 (2017), finding no error in a judgment entered on 14 April 2016 by Judge Paul C. Ridgeway in Superior Court, Wake County. Heard in the Supreme Court on 18 April 2018.

*Joshua H. Stein, Attorney General, by Teresa M. Postell, Assistant Attorney General, for the State.*

*Jarvis John Edgerton, IV for defendant-appellant.*

PER CURIAM.

AFFIRMED.